# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY R. LIKENS,<br><br>                          Plaintiff,<br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                          Defendant. | CASE NO. 11cv0407-LAB (BGS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Likens challenges the denial of his claim for disability benefits under the Social Security Act. The challenge was referred to Magistrate Judge Skomal for a Report and Recommendation pursuant to 28 U.S.C. § 636, after which Likens and the Commissioner filed cross-motions for summary judgment. Judge Skomal issued his R&R on September 4, 2012, finding for Likens and recommending that his claim be remanded to the ALJ for further consideration.

The Court reviews an R&R on dispositive motions pursuant to Fed. R. Civ. P. 72(b). Rule 72(b) "makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Because the Commissioner

//

//

has not filed any objections to the R&R the Court presumes he has none. The R&R is therefore **ADOPTED**. Likens' claim for disability benefits is **REMANDED** to the ALJ for the reasons thoroughly outlined in the R&R.

**IT IS SO ORDERED**.

DATED: September 20, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge